IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ANY AND ALL SEARCH WARRANTS ASSOCIATED WITH GEORGE TANIOS | Case Nos. 1:21mj24; 1:21mj25; and 1:21mj26 |

ORDER TO PROVIDE
DOCUMENTS TO UNITED STATES AND CASE AGENT

On the 29th day of April, 2021, came the United States of America and Randolph J. Bernard, Acting United Sates Attorney for the Northern District of West Virginia, by Sarah E. Wagner, Assistant United States Attorney for said district, and moved the Court to provide relevant search warrant documents in this matter.

It is **ORDERED** that the Clerk of the Court provide a copy of this Order and all relevant search warrant documents to the United States Attorney's Office by email to sarah.e.wagner@usdoj.gov, jennifer.reed6@usdoj.gov, and to SA Kristin Thigpen at kthigpen@fbi.gov.

**DATED**: April 29, 2021

HON. MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE